**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| MARION P. | ) | Civil Action No. 1:23-cv-00005 |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Hon. David N. Hurd |
| v. | ) | United States District Judge |
| | ) | |
| KILOLO KIJAKAZI, | ) | Hon. Daniel J. Stewart |
| ACTING COMMISSIONER OF | ) | United States Magistrate Judge |
| SOCIAL SECURITY | ) | |
| *Defendant.* | ) | |

## Parties' Stipulation for Remand

The parties stipulate that the Acting Commissioner's final decision be reversed and that this action be remanded to the Acting Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Remand for further administrative proceedings is necessary because the Commissioner's final decision did not properly consider the claimant's residual functional capacity ("RFC") or properly consider the medical opinion evidence under the regulations. On remand, the Acting Commissioner will offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, | Plaintiff, By Her |
| By Her Attorneys | Attorney |
| Carla B. Freedman, United States Attorney | |

1

2

*/s/ Geoffrey M. Peters*
Geoffrey M. Peters
Special Assistant United States Attorney
NDNY Bar Roll No. 704027
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(212) 264-1298
Geoffrey.Peters@ssa.gov

*/s/      Arthur P. Anderson*
Arthur P. Anderson
Anderson, Lamb, & Associates PC
P.O. Box 1624
Burlington, VT 05402-1624
Tel.: 802-862-7070
art@andersonlambpc.com


IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

Dated: 08-11-2023