# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Marion C. Pass**
        Plaintiff(s)

   vs.                                     CASE NUMBER: 1:23-cv-5 (DNH/DJS)

**Kilolo Kijakazi**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: The parties stipulate that the Acting Commissioners final decision be reversed and that this action be remanded to the Acting Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated August 11, 2023.

DATED: August 11, 2023

                                                Clerk of Court

                                                s/Kathy Rogers
                                                Deputy Clerk