## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MARION C. P. | ) | Civil Action No. 1:23-cv-00005-DNH-DJS |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Hon. David N. Hurd |
| v. | ) | United States District Judge |
| | ) | |
| KILOLO KIJAKAZI, | ) | Hon. Daniel J. Stewart |
| ACTING COMMISIONER OF | ) | United States Magistrate Judge |
| SOCIAL SECURITY | ) | |
| *Defendant.* | ) | Stipulation – Document Filed Electronically |

### Consent Order for Payment of Fees under the Equal Access to Justice Act

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded attorney fees and expenses under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of six thousand and two hundred dollars and zero cents ($6,200.00).

The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff and not to his attorney and can be offset to satisfy pre-existing debt that Plaintiff owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). After the Court enters this award, if Defendant can verify that Plaintiff owes no preexisting debt subject to offset, Defendant agrees to make the award payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and counsel.

AND, the Court having reviewed the record in this

matter; IT IS on this 20th day of September, 2023;

ORDERED that Plaintiff be awarded fees under EAJA in the amount of $6,200.00, and that the fees are payable to the Plaintiff, but if Plaintiff does not owe a debt subject to offset, payable to Plaintiff's attorney.

ORDERED that the within matter is dismissed with prejudice.

_____
David N. Hurd
U.S. District Judge

The undersigned hereby consent to the form and entry of the within order.

Dated: September 19, 2023

| Kilolo Kijakazi, | Marion C. P., |
|---|---|
| By Her Attorneys | By Her Attorney |

Carla B. Freedman,
United States Attorney

| */s/ Geoffrey M. Peters* | */s/ Arthur P. Anderson* |
|---|---|
| Geoffrey M. Peters | Arthur P. Anderson |
| Special Assistant United States Attorney | Anderson, Lamb, & Associates PC |
| NDNY Bar Roll No. 704027 | P.O. Box 1624 |
| Office of Program Litigation, Office 2 | Burlington, VT 05402-1624 |
| Office of the General Counsel | Tel.: 802-862-7070 |
| Social Security Administration | art@andersonlambpc.com |
| 6401 Security Boulevard | |
| Baltimore, MD 21235 | |
| (212) 264-1298 | |
| Geoffrey.Peters@ssa.gov | |