# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Marion C. Pass**
        Plaintiff(s)

vs.                                       CASE NUMBER: 1:23-cv-5 (DNH/DJS)

**Kilolo Kijakazi**
        Defendant(s)

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  ORDERED that Plaintiff be awarded fees under EAJA in the amount of $6,200.00, and that the fees are payable to the Plaintiff, but if Plaintiff does not owe a debt subject to offset, payable to Plaintiffs attorney.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated September 9, 2023.

DATED: September 20, 2023

_[Signature]_
Clerk of Court

                                              s/Kathy Rogers
                                              Deputy Clerk